## BROWN & BROWNING *vs.* HOLLISTER.

A party to a suit, who recovers a judgment, is entitled to witness fees, when his attendance at Court is necessary as a witness.

*Circuit Court, Kalamazoo County, November Term,* 1869

Isaac A. Brown and William F. Browning brought suit against George F. Hollister, in assumpsit. Pending the suit, Browning assigned all his interest in the subject matter of the suit, to plaintiff Brown. On the first trial the jury disagreed. On the second trial a verdict was rendered for plaintiff,
·   On taxation of costs, Brown made and presented to the Clerk, his affidavit, in which, he sets up that Browning was a material witness, on both trials, and would not have attended Court except. at Brown's request to testify in the cause. Thereupon the Clerk taxed as a part of the plaintiff's costs, $32.46 fees and milage for Browning, as a witness.

*J. W. Breese*, for Plaintiff.

*May and Buck*, for Defendant.

BROWN, J. — This is an appeal from the decission of the Clerk, in taxing as a part of plaintiff's bill of costs, witness fees

and milage for the attendance at Court of one of the plaintiffs. From the statement agreed upon by Counsel for the respective parties, the taxation by the Clerk was proper; nor is it material that Browning had no pecuniary interest in the result of the suit. Had he made no assignment to Brown, the rule would be the same, if his attendance was necessary, as a witness, and his presence in Court was for the sole purpose of testifying.